UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD McCORKLE,                    ) | |
|          Plaintiff,     ) | |
|    v.                                           ) | CASE NO. 1:04-CV-1942-DFH-TAB |
| HENRY COUNTY,                        ) | |
|          Defendants.    ) | |

ADOPTION OF REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation. Counsel were afforded due opportunity pursuant to statute and the rules of this Court to file objections. No party has filed any objection. Accordingly, the court, having considered the Magistrate Judge's Report, and being duly advised, approves and adopts the Magistrate Judge's Report and Recommendation.

Accordingly, Plaintiff's motion to amend [Docket No. 18] is DENIED, and the John Doe Defendants are dismissed.

So ordered.

Date: September 28, 2005

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

-2-

Copies to:

Thomas Dean Margolis
icarusx@earthlink.net

James S. Stephenson
STEPHENSON MOROW AND SEMLER
jstephenson@stephlaw.com

Rosemary L. Borek
STEPHENSON MOROW AND SEMLER
rborek@stephlaw.com

Wayne E. Uhl
STEPHENSON MOROW AND SEMLER
wuhl@stephlaw.com